# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3561
_____

United States of America

*Plaintiff - Appellee*

v.

Ricardo Cole

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: September 15, 2025
Filed: September 18, 2025
[Unpublished]
_____

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Ricardo Cole appeals the below-Guidelines sentence the district court[1] imposed after he pleaded guilty to a firearms offense. His counsel has moved for leave to

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard; discussing substantive reasonableness); <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting when a district court has varied below the Guidelines range, it is "nearly inconceivable" that the court abused its discretion by not varying downward further). In addition, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and we affirm.

_____